# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160657(57)(60)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DESMOND RICKS,
               Plaintiff-Appellant,

v

STATE OF MICHIGAN,
               Defendant-Appellee.

_____/

SC: 160657
COA: 342710
Ct of Claims: 17-000159-MZ

On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filings its supplemental brief is GRANTED. The supplemental brief submitted on September 23, 2020, is accepted as timely filed. On further order of the Chief Justice, the motion of Justly Johnson to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 13, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk